IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL G. HARLANDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant | ) Case No.: 1:10-cv-01970 JLT<br>)<br>) ORDER GRANTING EXTENSION OF TIME<br>)<br>) (Doc. 12)<br>)<br>)<br>)<br>)<br>) |

　　　Parties have stipulated by counsel to extend the period of time for the Plaintiff Daniel Harlander to provide Defendant with his letter brief. (Doc. 11). The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 7 at 4). The parties have stipulated as follows: Plaintiff shall provide Defendant with a letter brief by **May 4, 2011**; Defendant's response is due by **June 3, 2011**; Plaintiff's opening brief is due **July 5, 2011**; opposition to the brief is due **August 5, 2011**; and Plaintiff's reply brief shall be filed by **August 19, 2011**. (Doc. 11).

　　　Accordingly, Plaintiff's extension of time is **GRANTED**, with the remaining deadlines adjusted as stipulated by the parties.

IT IS SO ORDERED.

Dated: **April 11, 2011**　　　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1