IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARLANDER,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:10-cv-01970 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 18) |

    Parties have stipulated by counsel for Defendant to have an extension of time to respond to Plaintiff's opening brief. (Doc. 18). The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 7 at 4). Notably, a thirty-day extension was granted on April 11, 2011, for the plaintiff to submit a confidential brief. (Doc. 13). At that time, the Court set deadlines for the opening brief to be filed by July 5, 2011, and the opposition by August 5, 2011. *Id.* Defendant's counsel asserts a second extension is necessary due to her workload and office leave. (Doc. 18 at 1-2).

    Good cause appearing, Defendant is granted a thirty-day extension, and shall file a responsive brief by **September 5, 2011**.

IT IS SO ORDERED.

Dated:  **August 6, 2011**                                    /s/ Jennifer L. Thurston
                                                                                                                UNITED STATES MAGISTRATE JUDGE