UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARLANDER,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:10-cv-01970 - JLT<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS' FEES AND COSTS PURSUANT TO 28 U.S.C. §§ 1920, 2412(d)<br><br>(Doc. 26) |

  Plaintiff Daniel Harlander and Defendant Michael J. Astrue, Commissioner of Social Security, have stipulated for the award and payment of attorneys' fees, expenses, and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 1920 and 2412(d).  (Doc. 26).

  Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**: fees and costs in the amount of $4,700.00 are **AWARDED** to Plaintiff, Daniel Harlander.

IT IS SO ORDERED.

 Dated: **August 24, 2012**     **/s/ Jennifer L. Thurston**
                  UNITED STATES MAGISTRATE JUDGE